IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN McLAIN,                     )
                                 )
    Plaintiff,                   )
                                 )     CIVIL ACTION NO.
    v.                           )       2:16cv737-MHT
                                 )            (WO)
ALABAMA DEPARTMENT of            )
CORRECTIONS and KILBY            )
CORRECTIONAL FACILITY,           )
                                 )
    Defendants.                  )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit complaining about a fellow inmate being wrongfully fired from his job in the receiving area of the prison for attempting to help other inmates get mattresses. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of December, 2016.

                                                  /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**